**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Dashon Hines **Plaintiff(s)** | ) ) ) | **Civil Case No.:** |
| **vs.** Verizon Wireless Communications **Defendant(s)** | ) ) ) ) | **CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983** |

Plaintiff(s) demand(s) a trial by: ◯ JURY ⊘ COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1.  This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2.  Plaintiff: Dashon Hines

    Address: 124 Fulton Street #5C

    Buffalo New York 14204

    _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: Verizon Wireless Communications

        Official Position: Telecommunications Corporation

        Address: One Verizon Way

        Basking Ridge NJ 07920

        _____

b.   Defendant:   _____

     Official Position:   _____

     Address:   _____

     _____

     _____

c.   Defendant:   _____

     Official Position:   _____

     Address:   _____

     _____

     _____

Additional Defendants may be added on a separate sheet of paper.

4.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil
and/or Constitutional rights.  List the events in the order they happened, naming defendants
involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY
defendant in your complaint.** (You may use additional sheets as necessary).

On May 3, 2023, Verizon Communications
Corporation issued a bill to the plaintiff
in violation of 42 U.S.C. sect. 1983.
The plaintiff was entered into an agreement
with the defendant under the false pretense
that he was at a place of business
under Verizon Wireless Communications
located 6050 South Park Avenue, Suite 100,
Hamburg New York 14075. However, the "place

of business was closed. Verizon Wireless Communications does not et conduct business at the Hamburg New York location and 20 (DH) the plaintiff was not free to move and/or leave the abandoed building until he was robbed by "Verizon Staff" for every amount of United States Money on his person. While held against his will - the plaintiff surrendered his personal ident identity identity information, his person, and wallet containing his personal funds.

5.                    **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

Verizon, Wireless Communication unlawfully detained, robbed, and extorted extorted the Plaintiff for U.S. funds under the false pretense that he was doing business with a company in operation in Hamburg New York.

**SECOND CAUSE OF ACTION**

_____

_____

_____

_____

_____

**THIRD CAUSE OF ACTION**

_____

_____

_____

_____

_____

6. **PRAYER FOR RELIEF**

   **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

   _$1,000,000.00 (One Million Dollars)_

   _____

   _____

   _____

   I declare under penalty of perjury that the foregoing is true and correct.

   DATED: _May 3, 2023_

   _Jashon Hines_
   Signature of Plaintiff(s)
   (all Plaintiffs must sign)

02/2010

MEMORANDUM OF LAW



**verizon**√

PO BOX 489
NEWARK, NJ 07101-0489

**Account:** 289847311-00001
**Invoice:** 4492311635
**Billing period:** First Bill

DASHON HINES
124 FULTON ST
APT MY UN
BUFFALO, NY 14204-2239

00004506
UV

**Questions about your bill?**
verizon.com/support
800-922-0204

## Ways to pay

### My Verizon app

You can download the My Verizon app at
go.vzw.com/mva in both the App Store and
Google Play.

### Online

Go to www.verizon.com/expresspay and
sign in to My Verizon to pay your bill.

### By phone

Simply dial #PMT (#768) on your phone
and follow the instructions to pay.

### Cash

Go to www.verizon.com/stores to find a
Verizon Wireless store near you or find a
Check Free Pay or Western Union near you
to make a cash payment.

**Heads up, your first bill is usually higher due to one-time new account charges
and activation fees.**

## Snapshot of your bill

(details on page 3)

| | |
|---|---|
| Balance from last bill | $0.00 |
| This month's charges | $159.90 |
| **Total due on May 11** | **$159.90** |

You'll be charged a late fee when you don't pay your bill on time. The amount is the greater of $5 or 1.5% of the
unpaid balance (whichever is greater),or as allowed by law in the state of your billing address.

**We updated the design of your bill.**

Learn more about these updates at
verizon.com/billupdates

---

**verizon**√

DASHON HINES
124 FULTON ST
APT MY UN
BUFFALO, NY 14204-2239

| | |
|---|---|
| **Bill date** | First Bill |
| **Account number** | 289847311-00001 |
| **Invoice number** | 4492311635 |

### Total Amount Due by May 11, 2023

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

**$159.90**

$ ☐☐☐ . ☐☐

**Please see back for instructions on writing to us.**

P.O. BOX 408
NEWARK, NJ 07101-0408

4492311635010289847311000010000001599000000159907

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1.866.544.0401.

## Questions about paying your bill?

Go to go.vzw.com/support/pay-bill-faqs to learn more.

## Address change:

Change your address at go.vzw.com/changeaddress.

## Important Information:

Many billing questions can be resolved easily online or with the My Verizon App. Customer service can also assist you by phone, chat or in a retail store for billing questions or disputes.

All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to this below address:

Verizon
Attn: Correspondence Team
PO Box 15069
Albany, NY 12212



Select a checkbox that describes how we can help you along with any additional information and include it with your written correspondence.

**Account:** 289847311-00001
**Invoice:** 4492311635
**Billing period:** First Bill

**Questions about your bill?**
verizon.com/support
800-922-0204

---

**Automatic Payment Enrollment for Account: 289847311-00001 DASHON HINES**

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

1. Check this box.     2. Sign name in box below, as shown on the bill and date.          3. Return this slip with your payment. Do not send a voided check.

Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| | | | | | |

Additional information (for example new address or details on your request)

**verizon**

---

**verizon**

Account: 289847311-00001
Invoice: 4492311635
Billing period: First Bill

# Your April bill is $159.90
**Due May 11**

---

## On your first bill

 You saved $15.34 with discounts.

---

## Bill summary

| | |
|---|---|
| One-time charges | $35.00 |
| Plans | $100.00 |
| Devices | $10.21 |
| Surcharges | $8.81 |
| Taxes & gov fees | $5.88 |
| **Total:** | **$159.90** |

### Questions about your bill?
verizon.com/support
800-922-0204

## Review bill details

### My Verizon app
You can check your bill easily with the My Verizon app. Download the app at govzw.com/mva in both the App Store and Google Play.

### Online
Go to govzw.com/mybill and sign in to My Verizon to review your bill.

---

### Surcharges, taxes and gov fees
The total amount due for this month includes surcharges of $8.81 and taxes and gov fees of $5.88. For an itemized list of taxes, fees and surcharges visit go.vzw.com/mybill.

---

### Save up to $10.00/month when you enroll in Auto Pay & paper-free billing.

The discount will be effective beginning your next billing cycle after the enrollment.

3

**verizon✓**

Account: 289847311-00001
Invoice: 4492311635
Billing period: First Bill

## Charges by line summary

### Dashon Hines                          $159.90

Smartphone

716-225-4183

⊘ New plan added
⊘ New device added

### Total:                                $159.90

---

**Save up to $10.00/month when you enroll in Auto Pay & paper-free billing.**

The discount will be effective beginning your next billing cycle after the enrollment.

4



**Account:** 289847311-00001
**Invoice:** 4492311635
**Billing period:** First Bill

# Charges by line details

## Dashon Hines $159.90

Smartphone
716-225-4183

⊘ New plan added
⊘ New device added

---

| One-time charges & credits | $35.00 |
|---|---|
| Activation fee | $35.00 |

---

| Plan(s) | $100.00 |
|---|---|
| 5G Get More<br>Apr 20 - May 19 | $100.00 |

Save $10 on your 5G GET MORE plan each month when you enroll in Auto Pay (using bank account or debit card) and paper-free billing. Enroll using the My Verizon app, or at vzw.com/myverizon.

---

| Devices | $10.21 |
|---|---|
| IPHONE 14 PLUS 128 MIDNIGHT<br>Payment 1 of 36($884.45 remaining)<br>Agreement 1781787143 | $25.55 |
| Device Promotional Credit<br>Credit 1 of 36 | -$15.34 |

---

| Surcharges | $8.81 |
|---|---|
| Fed Universal Service Charge | $3.96 |
| Regulatory Charge | $0.09 |
| Admin & Telco Recovery Charge | $3.30 |
| Gross Receipts Surchg | $1.46 |

| Taxes & gov fees | $5.88 |
|---|---|
| NY Public Safety Comm Surchg | $1.20 |
| NY Local Pub Safety Com Surchg | $0.30 |
| NY State Sales Tax-Telecom | $2.00 |
| Erie Cnty Sales Tax-Telecom | $2.38 |

---

## Shared account charges $0.00

5

**verizon**✓

**Account:** 289847311-00001
**Invoice:** 4492311635
**Billing period:** First Bill

## Additional information

### Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.



Note: This CPNI notice does not apply to residents of the state of Arizona.

### Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including:
(a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs;
(b) property taxes; and
(c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services.
**Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

### Returned Payments

If you pay your wireless bill by check and your check is returned by your bank for insufficient funds, Verizon Wireless may resubmit your check to your bank for payment from your checking account.

### Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

### Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.

### More On Wireless Taxes And Surcharges

Your total charges for this month's bill cycle are $159.90.

This includes charges for one or more bundled Verizon service plans that include voice, messaging, data, or other services for which you pay a monthly plan charge.

This bill cycle, your fixed monthly plan charges were $100.00 (before applying any discounts or credits, and excluding other charges such as overage, late payment, taxes, Verizon surcharges, and equipment).

To accurately bill taxes and Verizon surcharges, we regularly look at past network usage by you and other customers with similar plans to allocate this fixed monthly plan charge among the services included in the bundle.

In this bill cycle, we have allocated this amount as follows: $5.31 for voice, $1.37 for messaging, $87.33 for data, and $5.99 for other services.

For more information, please go to vzw.com/taxesandsurcharges.

### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**Account:** 289847311-00001
**Invoice:** 4492311635
**Billing period:** First Bill

## Additional information continued

### Device Payment Schedule

Listed below are the dates of your future payments for device payment agreement 1781787143.

**Schedule Of Future Payments Due**

Payment 1: May 11, 2023
Payment 2: June 11, 2023
Payment 3: July 11, 2023
Payment 4: August 11, 2023
Payment 5: September 11, 2023
Payment 6: October 11, 2023
Payment 7: November 11, 2023
Payment 8: December 11, 2023
Payment 9: January 11, 2024
Payment 10: February 11, 2024
Payment 11: March 11, 2024
Payment 12: April 11, 2024
Payment 13: May 11, 2024
Payment 14: June 11, 2024
Payment 15: July 11, 2024
Payment 16: August 11, 2024
Payment 17: September 11, 2024
Payment 18: October 11, 2024
Payment 19: November 11, 2024
Payment 20: December 11, 2024
Payment 21: January 11, 2025
Payment 22: February 11, 2025
Payment 23: March 11, 2025
Payment 24: April 11, 2025
Payment 25: May 11, 2025
Payment 26: June 11, 2025
Payment 27: July 11, 2025
Payment 28: August 11, 2025
Payment 29: September 11, 2025
Payment 30: October 11, 2025
Payment 31: November 11, 2025
Payment 32: December 11, 2025
Payment 33: January 11, 2026
Payment 34: February 11, 2026
Payment 35: March 11, 2026
Payment 36: April 11, 2026

### You have choices about the use of your information in Verizon Wireless programs

**(1) Custom Experience and Custom Experience Plus**

The Verizon Custom Experience program uses information about websites you visit and apps you use on your mobile device to help us personalize our communications with you, give you more relevant product and service recommendations, and develop plans, services, and offers that are more appealing to you.

The Verizon Custom Experience Plus program uses a broader set of information for the same purposes including information about websites and apps you use, your Verizon Fios services, location information, and Customer Proprietary Network Information, including phone numbers you call or those that call you.

The information in the Custom Experience programs is used only by Verizon. We do not use the information for third-party targeted advertising or provide the information to others for them to use for their own advertising.

Your choices:

- Your new line(s) will be included in the Custom Experience program unless you opt-out.
- You will need to opt in to the Custom Experience Plus program to be included.
- You can view and change your choices at any time using privacy settings on the My Verizon site or app.

Eligibility:

Consumer and small business customers with smartphone lines are included in the Custom Experience program, except for lines with devices or plans meant for children and lines associated with Maine customers. This program does not include lines sold to corporate and government accounts and lines with tablets, basic phones, or mobile hotspots.

Consumer and small business customers may opt in to the Custom Experience Plus program. This program does not include lines sold to corporate and government accounts and lines with devices or plans meant for children.

## Additional information continued

For more information, view our FAQs:
https://m.vzw.com/ce-faqs

(2) Business and Marketing Insights

The Business and Marketing Insights program helps us and
others better understand consumer actions in aggregate. For
example, we may create insights about the number of
customers in different age groups who visit a website, use an
app, or go to a retail store or stadium. We also can develop
insights to help estimate traffic patterns about people who
move from one area to another during the morning rush hour.
The information we use and the insights we create do not
identify you individually.

This program uses information about websites you visit and
apps you use on your mobile device, device location, certain
information about your Verizon products and services (such as
device type, and amount of use) and demographic and interest
information we get from you or from other companies (such as
gender, age range and interests). We also use location and
point of interest information we obtain from others and
information provided by business and marketing insights clients
who want to better understand their own customers or
businesses.


Your choices:
You can opt out of participating in the Business and Marketing
Insights program and can change your choices at any time
using privacy settings on the My Verizon site or app or by calling
866.211.0874.

For more information and instructions for opting out, visit our
FAQs: go.vzw.com/BMI-FAQS

### FUSC Change
The Federal Universal Service Charge (FUSC) is a Verizon
Wireless charge that is subject to change each calendar quarter
based on contribution rates prescribed by the FCC. On April 1,
the FUSC decreased to 8.73% of assessable wireless charges,
other than separately billed interstate and international telecom
charges. The FUSC on separately billed interstate and
international telecom charges decreased to 29%. For more
details, please call 1-888-684-1888.



Our official headquarters and <u>Board of Directors</u> are located in New York City. However, our <u>executive leadership</u> and corporate functions are located in Basking Ridge, New Jersey.

# New York Corporate Headquarters

1095 Avenue of the
Americas, New York,
NY 10036, USA
212-395-1000

> **View on map**

> **Get directions**

One Verizon Way,
Basking Ridge, New
Jersey 07920, USA
908-559-2001

> View on
> map

> Get
> directions



Map data ©2023 Google   Report a map error

# Contact Information

One Verizon Way,
Basking Ridge, New
Jersey 07920, USA
908-559-2001

> View on
> map

> Get
> directions



Map data ©2023 Google   Report a map error

# Contact Information

**Media Relations**

**Investor Relations**

**Verizon Foundation Community Relations**

**Customer Service**

**Business Sales**

## Other Locations & Maps

**Other Office Locations**

**Find a Verizon Store**

**5G & 4G LTE Coverage Map**

**Smart Cities Map**

**Services & Solutions**

**Support**

**Network Technologies**

**Innovation**

**Follow Verizon News**

**Follow Inside Verizon**

**Follow Verizon Careers**

Follow VerizonGreen

Privacy Policy

Your Privacy Choices ✓✕

Terms & Conditions

Accessibility

Open Internet

Important Consumer Information

About Our Ads

Site Map

© 2023 Verizon

# Verizon's Executive Leadership



# Chairman and Chief Executive Officer

Hans Vestberg is chairman and chief executive officer of Verizon, the world's largest wireless, fiber-optic and global information networks and ...

View Bio

**Photo:**     **Follow:**



# Sowmyanarayan Sampath (Sampath)

## Executive Vice President and CEO Verizon Consumer Group

View Bio



# Kyle Malady

## Executive Vice President and CEO Verizon Business Group



# Craig Silliman

**Executive Vice President and President of Verizon Global Services**



# Samantha Hammock

## Executive Vice President and Chief Human Resources Officer

**View Bio**



# James J. Gerace

View Bio



# Chief Corporate Social Responsibility Officer

View Bio



# Rima Qureshi

**Executive Vice President and Chief Strategy Officer**

View Bio



# Joe Russo

**Executive Vice President & President of Global Networks and Technology**



# Diego Scotti

## Executive Vice President and Chief Marketing Officer



# Tony Skiadas

**Executive Vice President & Chief Financial Officer**

**View Bio**



# Vandana Venkatesh

View Bio

# Board of Directors

The board of Directors is charged with maintaining the highest standards of corporate governance because it believes that an effective board will positively influence shareholder value and enhance Verizon's reputation.

**View board of directors**

**Services & Solutions**

**Support**

**Network Technologies**

**Innovation**

**Follow Inside Verizon**

**Follow Verizon Careers**

**Follow Customer Support**

**Follow VerizonGreen**

Privacy Policy

Your Privacy Choices ✓✗

Terms & Conditions

Accessibility

Open Internet

Important Consumer Information

About Our Ads

Site Map



Dashon Hines <dashonhines@gmail.com>

## Message from McDonald's USA

1 message

**McDonalds Customer Care** <uscare@ext.mcdonalds.com>
To: "dashonhines@gmail.com" <dashonhines@gmail.com>

Wed, May 3, 2023 at 10:31 AM



Hi Dashon,

Thank you for contacting McDonald's U.S. Customer Care.

The Contact Us form, located on McDonalds.com, is strictly for customer inquiries and feedback. For employee related support, please speak with your local Operator organization or by contacting the McDonald's Service Center toll-free at 1-877-623-1955.

We hope to have the opportunity of serving you again soon under the Golden Arches.

Sincerely,

Eugene
McDonald's Customer Care

Case Number: 26661510

thread::G9Gje501lrW_qdCs3aUgBCs::

**Click here regarding Telephone Scam Involving the U.S. District Court's Identification**

<u>Filing Procedures for Highly Sensitive Documents-</u> **Do not upload Highly Sensitive Documents (HSD) to ECF. Review** Standing Order 21-01 **for the Court's procedures and the types of documents that meet the definition of HSDs. Most HSDs are filed under seal as preliminary documents in criminal cases. For other information,** Click Here.

# Welcome to the official website of the United States District Court for the District of New Jersey.



NEWARK Courthouse

## Court Locations

**Camden**

**Mitchell H. Cohen Building**
**& U.S. Courthouse**
**4th & Cooper Streets**
**Camden, NJ 08101**
**856-757-5021**

**Newark**

**Martin Luther King Building**
**& U.S. Courthouse**
**50 Walnut Street**
**Newark, NJ 07102**
**973-645-3730**

**Trenton**

**Clarkson S. Fisher Building**
**& U.S. Courthouse**

**402 East State Street**
**Trenton, NJ 08608**
**609-989-2065**

## Other Resources

- **ECF RSS *Add this link to your favorite RSS Reader***
- **Your Employment Rights and How to Report Wrongful Conduct**

**Online Payments for Criminal Debt**

**Next Gen ECF**

**CM/ECF Information**

**Social Security Appeals**

**Pro Bono**

**Career Opportunities**

**COVID-19 Procedures**

## Other Court Links

- **Court of Appeals for the Third Circuit**
- **NJ Bankruptcy Court**
- **NJ Pretrial Services**
- **NJ Probation**
- **NJ Historical Society**

## News & Announcements

**Monitor the links on the top of NJD Home page for Court Operation Changes due to COVID**

**Standing Order 2023-02: Amendment/Recission of COVID-19 Procedures in Standing Orders 2021-11 and 2022-02**
**View the PDF attached below: More »**

**Notice to the Bar: Appointment of Melissa E. Rhoads, Clerk of Court**

**Notice: Requests for Quotes - Carpet**
**Attached below are the requests PDFs: More »**

**Notice to the Bar: Appointment of Magistrate Judge Day**

View all »



What's New